**BARTHEL & BARTHEL, APC**
Nicholas Barthel, Esq. (319105)
nick@barthelbarthel.com
2173 Salk Ave., Ste. 250
Carlsbad, CA 92008
Telephone: (760) 259-0033
Facsimile: (760) 536-9010

*Attorney for Plaintiff*
*Tara Barrett,*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT

| | |
|---|---|
| **TARA BARRETT,** | Case No.: 2:22-cv-06543 AB (JCx) |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF FLAGSHIP CREDIT ACCEPTANCE LLC WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)** |
| v. | |
| **HYSEN-JOHNSON FORD INC; EQUIFAX INFORMATION SERVICES, LLC ; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; CAPITAL ONE BANK (USA) N.A.; ALLY FINANCIAL INC; FLAGSHIP CREDIT ACCEPTANCE LLC, JPMORGAN CHASE BANK, N.A.; WELLS FARGO BANK, N.A.,** | |
| Defendants, | |

CASE NO.: 2:22-cv-06543 AB (JCx)                              *Tara Barrett v. Wells Fargo, et al.*
**NOTICE OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Tara Barrett voluntarily dismisses defendant FLAGSHIP CREDIT ACCEPTANCE LLC, without prejudice.

Dated: 17 November 2022										Respectfully submitted,

**BARTHEL & BARTHEL, APC**

By:   /s/ Nicholas Barthel   
NICHOLAS BARTHEL
ATTORNEY FOR PLAINTIFF

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is Barthel & Barthel, APC, 2173 Salk Ave Ste 250, Carlsbad, CA 92008-7383. On 17 November 2022, I served the within document(s):

**NOTICE OF VOLUNTARY DISMISSAL OF FLAGSHIP CREDIT ACCEPTANCE LLC PURSUANT TO FRCP 41(a)(1)(A)**

☒    CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m.  The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct, executed on 17 November 2022.

 _/s/ Nicholas Barthel___
NICHOLAS BARTHEL