1 | Rachael Swernofsky (State Bar No. 326706)
2 | rswernofsky@qslwm.com
  | QUILLING, SELANDER, LOWNDS,
3 | WINSLETT & MOSER, P.C.
4 | 6900 N. Dallas Parkway, Suite 800
  | Plano, Texas 75024
5 | (214) 560-5443
6 | (214) 871-2111 Fax
  | **Counsel for Trans Union LLC**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| TARA BARRETT, | Case No. 2:22-cv-06543-AB-JC |
|---|---|
| Plaintiff, | Hon. André Birotte Jr. |
| v. | **NOTICE OF APPEARANCE OF RACHAEL SWERNOFSKY AS COUNSEL FOR DEFENDANT TRANS UNION LLC** |
| HYSEN-JOHNSON FORD INC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; CAPITAL ONE BANK (USA) N.A.; ALLY FINANCIAL INC.; FLAGSHIP CREDIT ACCEPTANCE LLC; JPMORGAN CHASE BANK, N.A.; WELLS FARGO BANK, N.A., | |
| Defendants. | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

   I, Rachael Swernofsky, of Quilling, Selander, Lownds, Winslett & Moser, P.C., hereby enters my appearance as counsel for Defendant Trans Union LLC in this matter. I am a member of the State Bar of California and am admitted to practice in the Central District of California.  My information is as follows:

1

| | |
|---|---|
| 1 | Quilling, Selander, Lownds, Winslett & Moser, P.C. |
| 2 | 6900 N. Dallas Parkway, Suite 800 |
| | Plano, Texas 75024 |
| 3 | (214) 560-5443 |
| 4 | (214) 871-2111 Fax |
| | rswernofsky@qslwm.com |
| 5 | |
| 6 | Please serve said counsel with all pleadings and notices in this action. |
| 7 | |
| 8 | DATED: December 16, 2022          QUILLING, SELANDER, LOWNDS, |
| |                                                            WINSLETT & MOSER, P.C. |
| 9 | |
| 10 | |
| 11 |                                          By: */s/ Rachael Swernofsky* |
| 12 |                                                Rachael Swernofsky |
| |                                                Counsel for Trans Union LLC |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

2

6000767.1

# CERTIFICATE OF SERVICE

**STATE OF TEXAS, COUNTY OF COLLIN**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Collin, State of Texas. My business address is 6900 N Dallas Parkway, Suite 800, Plano, TX 75024.

On December 16, 2022, I served true copies of the following document(s) described as **NOTICE OF APPEARANCE OF RACHAEL SWERNOFSKY AS COUNSEL FOR DEFENDANT TRANS UNION LLC** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING**: I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

☒ **BY MAIL**: I caused such envelope with postage thereon fully prepaid to be placed in the U.S. Mail at Plano, Texas. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Plano, Texas in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 16, 2022, at Plano, Texas.

/s/ *Rachael Swernofsky*
Rachael Swernofsky

3

6000767.1

# SERVICE LIST

| | |
|---|---|
| Nicholas Barthel<br>nick@barthelbarthel.com<br>Barthel & Barthel, APC<br>2173 Salk Avenue, Suite 250<br>Carlsbad, CA 92008<br>(760) 259-0033<br>(760) 536-9010 Fax<br>***Counsel for Plaintiff*** | Peng Shao<br>shaop@ballardspahr.com<br>Ballard Spahr LLP<br>2029 Century Park East, Suite 1400<br>Los Angeles, CA 90067-2915<br>(424) 204-4400<br>(424) 204-4350 Fax<br>***Counsel for Capital One Bank USA N.A.*** |
| Kelly Albright<br>kalbright@jonesday.com<br>Jones Day<br>3161 Michelson Drive, Suite 800<br>Irvine, CA 92612<br>(949) 851-3939<br>(949) 553-7539<br>***Counsel for Experian Information Solutions, Inc.*** | Thomas P. Quinn, Jr.<br>tquinn@nokesquinn.com<br>Nokes & Quinn<br>410 Broadway, Suite 200<br>Laguna Beach, CA 92651<br>(949) 376-3500<br>(949) 376-3070 Fax<br>***Counsel for Equifax Information Services LLC*** |
| Peter Yould<br>peter.yould@troutman.com<br>Troutman Pepper Hamilton Sanders LLP<br>5 Park Plaza, Suite 1400<br>Irvine, CA 92614<br>(949) 622-2700<br>(949) 622-2739 Fax<br>***Counsel for Ally Financial Inc.*** | Arjun P Rao<br>lacalendar@stroock.com<br>Stroock and Stroock & Lavan LLP<br>2029 Century Park East, 18th Floor<br>Los Angeles, CA 90067<br>(310) 556-5800<br>(310) 556-5959 Fax<br>***Counsel for JPMorgan Chase Bank, N.A.*** |